Michael J

THE STATE 
 OF SOUTH CAROLINA
In The Court 
 of Appeals

 
 
 
The
State,        Respondent,
 
 
 

v.

 
 
 
Jimark Geter,       
Appellant.
 
 
 

Appeal from 
 Spartanburg County
J. Derham Cole, 
 Circuit Court Judge

Unpublished 
 Opinion No.2003-UP-529
Submitted May 
 30, 2003  Filed September 4, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia,
for Appellant.
Attorney General Henry Dargan McMaster,  Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Charles 
 Richardson, all of Columbia;  and Solicitor Harold W. Gowdy, III, of Spartanburg, 
 for Rspondent.
 
 
 

PER CURIAM:  Jimark Geter appeals his convictions 
 for two counts of assault and battery with intent to kill.  The trial judge 
 sentenced Geter to eighteen years imprisonment for each charge.  The sentences 
 were to be served concurrently.
Pursuant to Anders v. California, 386 U.S. 
 738 (1967), counsel for Geter attached to the final brief a petition to be relieved 
 as counsel, stating he had reviewed the record and concluded Geters appeal 
 is without legal merit sufficient to warrant a new trial.  Geter did not file 
 a separate pro se response.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.